

**SIGNED THIS 21st day of July, 2021**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: VIRGINIA-CAROLINA FINANCIAL CORP | ) ) ) | Case No. 89-00964 |
| *Debtor(s)* | ) | Chapter: 7 |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On June 25, 2021, an application was filed for the Claimant(s), LUETTA BEACH, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1,072.76 held in unclaimed funds be made payable to LUETTA BEACH and be disbursed to the payee at the following address:

475 LAKE SUZANNE DR
LAKE WALES, FL 33859

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

***END OF ORDER***

B1340_GrantUnClmdFunds